**Order filed August 5, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00369-CV
_____

## QUION INVESTORS, INC., Appellant

## V.

## JIM GRIBBLE AND CAROLYN GRIBBLE, Appellees

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2019-106**

# O R D E R

The notice of appeal in this case was filed July 5, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 20, 2021.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.